IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JAMAL L. SPEED                                                                                               PLAINTIFF

      v.                      Civil No. 11-5183

JAIL EMPLOYEES OF THE
BENTON COUNTY DETENTION
CENTER; and JAIL MEDICAL
STAFF                                                                                                           DEFENDANTS

## REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

  Plaintiff, Jamal L. Speed, currently an inmate of the Benton County Detention Center, filed this *pro se* civil rights action pursuant to 42 U.S.C. § 1983. On August 2, 2011, the case was provisionally filed and an order (Doc. 3) entered directing Plaintiff to file a complete *in forma pauperis* action and an amended complaint by August 22, 2011.

  To date, Plaintiff has not complied with the Court order or communicated with the Court in anyway. No mail has been returned as undeliverable.

  I therefore recommend that this action be dismissed based on Plaintiff's failure to obey and order of this Court and his failure to prosecute this action. Fed. R. Civ. P. 41(b).

  **The Plaintiff has fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The Plaintiff is reminded that objections must be both timely and specific to trigger de novo review by the district court.**

  DATED this 7th day of September 2011.

                /s/ *Erin L. Setser*
                HON. ERIN L. SETSER
                UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)