IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JAMAL L. SPEED                                                           PLAINTIFF

      v.                Civil No. 11-5183

JAIL EMPLOYEES OF THE
BENTON COUNTY DETENTION
CENTER; and JAIL MEDICAL
STAFF                                                                    DEFENDANTS

### O R D E R

Now on this 11th day of October, 2011, comes on for consideration the **Report And Recommendation Of The Magistrate Judge** (document #4), to which no objections have been made, and the Court, having carefully reviewed said Report And Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation Of The Magistrate Judge** is **adopted** *in toto*.

**IT IS FURTHER ORDERED** that, for the reasons stated in the **Report And Recommendation Of The Magistrate Judge**, plaintiff's claims are hereby **dismissed**.

**IT IS SO ORDERED.**

                                          /s/ Jimm Larry Hendren
                                        JIMM LARRY HENDREN
                                        UNITED STATES DISTRICT JUDGE